## PRESSER *v.* UNITED STATES.

No. 25. Argued March 22, 26, 1962.—Restored to the calendar for reargument April 2, 1962.—Reargued October 8, 1962.—Decided November 13, 1962.

*John G. Cardinal* reargued the cause for petitioner. With him on the briefs were *Edwin Knachel* and *Robert E. Freed.*

*Stephen J. Pollak* reargued the cause for the United States. On the briefs were *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.